## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| JEFFREY MOATS, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 3:23-cv-147 |
| VS. § | |
| § | |
| NATIONAL CREDIT UNION § | |
| ADMINISTRATION BOARD, et al., § | |
| | |
| Defendants. | |

## ORDER

Upon consideration of the parties' Joint Motion for Briefing Schedule, the motion is hereby GRANTED. Specifically:

- Plaintiff's motion for summary judgment will be due on **August 18, 2023.**

- Defendants' consolidated opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment and to dismiss will be due on **September 22, 2023.**

- Plaintiff's consolidated reply in support of its motion for summary judgment and opposition to Defendants' cross-motion for summary judgment and to dismiss will be due on **October 20, 2023.**

- Defendants' reply in support of its cross-motion for summary judgment and to dismiss will be due on **November 17, 2023.**

- Oral argument on the motions is hereby scheduled for _____.

SIGNED on Galveston Island this _____ day of _____, 20_____.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE