United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JEFFREY MOATS, | § | |
| Plaintiff, | § § § | |
| VS. | § § | 3:23-cv-147 |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*, | § § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 38, entered in this case granting the defendant's motion to dismiss, Dkt. 28, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 9th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE