IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JEFFREY MOATS,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD, et al.,<br><br>    *Defendants*. | No. 3:23-cv-147 |

## NOTICE OF WITHDRAWAL

Notice is hereby given that John T. Lewis withdraws as counsel for Defendants in the above-captioned matter and requests that his name be removed from the docket. Defendants will continue to be represented by the other counsel of record who have entered an appearance.

Dated: January 17, 2025

Respectfully submitted,

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Attorney-in-Charge*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

 * admitted *pro hac vice*
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis
