# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
January 12, 2026
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
January 12, 2026
Lyle W. Cayce
Clerk

No. 24-40259

JEFFREY MOATS,

*Plaintiff—Appellant,*

*versus*

NATIONAL CREDIT UNION ADMINISTRATION BOARD, A FEDERAL ADMINISTRATIVE AGENCY; TODD M. HARPER, *In their official capacity as Members of the National Credit Union Administration Board*; KYLE S. HAUPTMAN, *In their official capacity as Members of the National Credit Union Administration Board*; RODNEY E. HOOD, *In their official capacity as Members of the National Credit Union Administration Board*; JENNIFER WHANG, *In her official capacity as an Administrative Law Judge and Inferior Officer of the United States*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:23-CV-147

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

No. 24-40259

                LYLE W. CAYCE, CLERK
                United States Court of Appeals
                for the Fifth Circuit
                /s/ Lyle W. Cayce
ENTERED AT THE DIRECTION OF THE COURT